# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3634

_____

| | | |
|---|---|---|
| Hugh Ryan Garth, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Wyndham Gardens Hotel, also known | * | Eastern District of Missouri. |
| as Clubhouse Inn; Ramkota | * | |
| Management; Regency Stone; Patrick | * | [UNPUBLISHED] |
| Russell; Dan Shank; Rick Gliszinski; | * | |
| Tom Bigsby; John Doe, Chief Engr. | * | |
| for Spring 2001; Judie Lew; Rodney | * | |
| McForrin; Clubhouse Inn, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: September 17, 2004
Filed: October 13, 2004

_____

Before MURPHY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Hugh Ryan Garth appeals the district court's[1] grant of summary judgment in favor of his former employer in this employment-discrimination action, arguing

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

genuine issues of material fact remain. Following our de novo review of the record, see Fed. R. Civ. P. 56(c); Harvey v. Anheuser-Busch, Inc., 38 F.3d 968, 971 (8th Cir. 1994) (standard of review), we affirm for the reasons stated by the district court in its thorough memorandum opinion. See 8th Cir. R. 47B.

_____